Name: MiLTON D. HARRis
Street Address: 111 Taylor Street
City and County: SAN FRANCISCO
State and Zip Code: CALiF
Telephone Number: (909) 453-8230

FILED

SEP 01 2022

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

MiLTON DEXTER HARRiS

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

PAUL OSTERLiE JR. (SUPERVISOR).
PRACTiTiONER DOCTOR KAREN TODD.

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for a Civil Case**

Case No. 2:22CV01537 TLN JDP
*(to be filled in by the Clerk's Office)*

Jury Trial:  ☒ Yes  ☐ No
*(check one)*

I.  **The Parties to This Complaint**

  A.  **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: MILTON DEXTER HARRIS
   Street Address: 111 TAYLOR STREET
   City and County: SAN FRANCISCO
   State and Zip Code: CALIF 94102
   Telephone Number: (909) 453-8230

  B.  **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

   Defendant No. 1
   Name: PAUL OSTERLIE JR.
   Job or Title (if known): THEN SUPERVISOR C.A.L.P.I.A MEAT PLANT.
   Street Address: 4001 HWY 104 IONE, CALIF 95640
   City and County: AMADOR COUNTY
   State and Zip Code: CALIFORNIA 95640
   Telephone Number: N/A

   Defendant No. 2
   Name: KAREN TODD
   Job or Title (if known): PRACTITIONER/DOCTOR
   Street Address: 4001 HWY 104 IONE, CALIF 95640
   City and County: ~~~~~~~~ AMADOR, COUNTY
   State and Zip Code: CALIFORNIA 95640
   Telephone Number: N/A

Defendant No. 3

    Name                          _____

    Job or Title
    (if known)                  _____

    Street Address          _____

    City and County       _____

    State and Zip Code   _____

    Telephone Number    _____

Defendant No. 4

    Name                          _____

    Job or Title
    (if known)                  _____

    Street Address          _____

    City and County       _____

    State and Zip Code   _____

    Telephone Number    _____

## II. Basis for Jurisdiction

Federal Courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in Federal Court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same state as any plaintiff.

What is the basis for Federal Court jurisdiction? *(check all that apply)*

    ☒ Federal question                 ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A.  **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

DELIBERATE INDIFFERENCE FOR DISREGARDING THE SERIOUS RISK OF HARM: EIGHT AMENDMENT TO THE CONSTITUTION ...

B.  **If the Basis for Jurisdiction Is Diversity of Citizenship**

1.  The Plaintiff(s)

    a.  If the plaintiff is an individual

        The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

    b.  If the plaintiff is a corporation

        The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.  The Defendant(s)

    a.  If the defendant is an individual

        The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. *Or* is a citizen of *(foreign nation)* _____.

      b.    If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____. *Or is* incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

    3.    The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

_____
_____
_____

**III.**    **Statement of Claim**

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

On 1/12/2009 while performing job assignment I damaged a ligament in lower back area; after returning from medical unit where practitioner doctor basically sent plaintiff back to job assignment in painful condition, supervisor Paul Osterlie Jr. instructed plaintiff to a less strenuous position to continue working despite the painful condition this plaintiff was suffering...

IV. **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I would like this Honorable court to grant-award this plaintiff the sum of $3,000,000 Dollars for the pain and suffering this plaintiff endured while employed for the C.A.L.P.I.A. meat factory. And for the way each defendant disregarded the seriousness of the injury the plaintiff sustained when both defendant sent this plaintiff back to job assignment and the less strenuous position to continue working...

V. **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 8/24, 20 22

Signature of Plaintiff  *Milton D. Harris*
Printed Name of Plaintiff  MILTON D. HARRIS

6