UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MILTON D. HARRIS, | Case No. 2:22-cv-01537-TLN-JDP |
| Plaintiff, | |
| v. | **ORDER** |
| PAUL OSTERLIE, JR., et al., | |
| Defendants. | |

This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302. On December 26, 2023, the magistrate judge filed findings and recommendations herein which were served on Plaintiff, which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. No objections were filed.

The Court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed *de novo*. *See Robbins v. Carey*, 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations of law by the magistrate judge are reviewed de novo by both the district court and [the appellate] court . . . ."). Having reviewed the file, the Court finds the findings and recommendations to be supported by the record and by the proper analysis.

///

Accordingly, IT IS HEREBY ORDERED that:

1. The proposed Findings and Recommendations filed December 26, 2023 (ECF No. 8) are ADOPTED IN FULL;

2. This action is DISMISSED without prejudice; and

3. The Clerk of Court is directed to close this case.

Date: February 19, 2024

_____
Troy L. Nunley
United States District Judge

2