## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**MILTON D. HARRIS,**

CASE NO: **2:22–CV–01537–TLN–JDP**

v.

**PAUL OSTERLIE JR., ET AL.,**

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 02/20/2024**

**Keith Holland**
Clerk of Court

ENTERED: **February 20, 2024**

by: /s/ K. Lopez
Deputy Clerk